1 | ADAM PAUL LAXALT
     Attorney General
2 | BENJAMIN R. JOHNSON, Bar No. 10632
     Deputy Attorney General
3 | State of Nevada
     Bureau of Litigation
4 | Public Safety Division
     100 N. Carson Street
5 | Carson City, NV  89701-4717
     Tel: (775) 684-1254
6 | E-mail:  bjohnson@ag.nv.gov

7 | *Attorneys for Defendants*
     *Romeo Aranas, Isidro Baca*
8 | *and David Mar*

9 | UNITED STATES DISTRICT COURT

10 | DISTRICT OF NEVADA

11 |

12 | BARRY C. ROWE,

                                                   Case No.  3:16-cv-00535-MMD-VPC
13 |              Plaintiff,

14 | vs.                                           **DEFENDANTS' MOTION FOR
                                                   ENLARGEMENT OF TIME TO FILE REPLY
15 | ROMEO ARANAS, et al.,                         IN SUPPORT OF MOTION FOR SUMMARY
                                                   JUDGMENT**
16 |              Defendants.

17 |        Defendants, Romeo Aranas, Isidro Baca and David Mar, by and through counsel, Adam Paul

18 | Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General,

19 | hereby move for an enlargement of time to file a reply in support of Defendants' Motion for Summary

20 | Judgment.

21 |        This Motion is based on the following Memorandum of Points and Authorities and the papers

22 | and pleadings on file herein.

23 |                              **MEMORANDUM OF POINTS AND AUTHORITIES**

24 | **I.     LAW AND ARGUMENT**

25 |        On June 21, 2017, Plaintiff's Civil Rights Complaint was screened and filed.  (ECF No. 5 and 6).

26 | On September 25, 2017, Plaintiff filed a Notice of Filing of Supplemental Ground and Claim.  (ECF No.

27 | 12).  This appeared to be an attempt to amend the Complaint.  On December 14, 2017, the Court held a

28 | hearing on Plaintiff's motion and denied the request to amend.  (ECF No. 24).  The Court set the deadline

for filing a responsive pleading for January 8, 2018. (ECF No. 24). On January 16, 2018, Defendants filed their Motion for Summary Judgment. (ECF No. 27). On March 19, 2018, Plaintiff filed his Answer and Opposition to Defendants' Request for Summary Judgment. (ECF No. 35).

Counsel for Defendants has been engaged in heavy discovery in at least three other cases including several rounds of supplementation and disclosure. Due to the time commitment needed for responding to discovery, Defendants have been unable to finalize a reply brief in support of their motion for summary judgment. Therefore, a small extension of time is necessary to complete the reply.

FED. R. CIV. P. 6(b)(1) governs enlargements of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

The proper procedure, when additional time for any purpose is needed, is to present a request for extension of time before the time fixed has expired. *Canup v. Mississippi Val. Barge Line Co.*, 31 F.R.D. 282 (W.D.Pa. 1962). Extensions of time may always be asked for, and usually are granted on a showing of good cause if timely made under subdivision (b)(1) of the Rule. *Creedon v. Taubman*, 8 F.R.D. 268 (N.D. Ohio 1947).

Defendants seek an enlargement of time to respond to the opposition to summary judgment. Good cause exists to extend the time to file this motion. Plaintiff will not be prejudiced by a small enlargement of time to respond to the opposition. This request is made in good faith and is not for the purposes of delay. Defendants request an extension of seven days to file and serve a Reply to Defendants' Motion for Summary Judgment.

///
///
///
///
///
///

1    **II.    CONCLUSION**

2          Based on the foregoing, Defendants respectfully request their motion for enlargement of time is

3    granted and the deadline for filing a reply in support of summary judgment be extended seven days up

4    to and including April 2, 2018.

5          DATED this 26th day of March, 2018.

6                                        ADAM PAUL LAXALT
                                         Attorney General
7

8                              By:     _Benjamin R. Johnson_____
9                                        BENJAMIN R. JOHNSON
                                         Deputy Attorney General
                                         State of Nevada
10                                       Bureau of Litigation
                                         Public Safety Division
11

12                                       *Attorneys for Defendant*

13

14    IT IS SO ORDERED:

15

16    _____

17    U.S. MAGISTRATE JUDGE

18    DATED: _March 28, 2018____

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 26th day of March, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing, **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**, to the following:

Barry C. Rowe #51915
Southern Desert Correctional Center
P.O. Box 208
Indian Springs, NV 89070

An employee of the
Office of the Attorney General

4